FILED
2021 MAR 1
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFF T.,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:19-cv-00720-CMR<br><br>**JUDGMENT**<br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED

That the decision of the Commissioner is AFFIRMED.

DATED this 1 March 2021.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah